**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff(s), | ) |
| vs. | ) NO. 02-30016-GPM |
| DAMONDROUS BUSH, | ) |
| Defendant(s). | ) |

**ORDER**

It is hereby found that the defendant is financially unable to obtain counsel, is in need of counsel, and is entitled to the appointment of counsel.

**WHEREFORE**, the Court hereby appoints the Federal Public Defender for the Southern District of Illinois to represent the defendant for all proceedings.

**Dated:** May 21, 2008

S/ Clifford J. Proud
**U.S. MAGISTRATE JUDGE**
**CLIFFORD J. PROUD**